# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ORLANDIS M. DUNN, | ) | CASE NO. 1:23-CV-933 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | **JUDGMENT** |
| MERIT SYSTEMS PROTECTION BOARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

For the reasons set forth in the contemporaneously filed Order, this action is **DISMISSED** pursuant to Fed. R. Civ. P. 25(a)(1).

**IT IS SO ORDERED.**

**Date:  June 26, 2024**

_____
**CHARLES E. FLEMING**
**U.S. DISTRICT COURT JUDGE**